ALEXANDER B. CVITAN (SBN 81746),
MARSHA M. HAMASAKI (SBN 102720), and
PETER A. HUTCHINSON (SBN 225399),  Members of     JS - 6
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; peterh@rac-law.com

Attorneys for Plaintiff/Counter-Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CUT CORE DEMOLITION, INC., a California corporation; CUT CORE DEMOLITION, a general partnership of JAMIE JAYMONT POTTER, an individual and DEONTAY DAYMONT POTTER, an individual, <br><br> Defendants. | CASE NUMBER <br><br> CV-07-04694 RGK (JCx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br><br> DATE:   MARCH 2, 2009 <br> TIME:    9:00 A.M. <br> PLACE: COURTROOM 850 <br>               ROYBAL FED. BLDG. <br>               255 E. TEMPLE ST. <br>               LOS ANGELES, CA |
| CUT CORE DEMOLITION, INC., a California corporation, <br><br> Counter-Claimant, <br><br> vs. <br><br> CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, <br><br> Counter-Defendant. | |

-1-

~1845092.wpd

The motion of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, ("CLTF") for judgment against defendant, CUT CORE DEMOLITION, INC., a California corporation, pursuant to the settlement and stipulation providing for judgment entered between the parties, came before the Court by regularly noticed motion.  Based upon the evidence and argument submitted by the parties, the Court hereby GRANTS the motion, and

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company as an administrative agent for collection for, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, and Laborers Contract Administration Trust Fund for Southern California (hereinafter "TRUST FUNDS"), and against defendant, CUT CORE DEMOLITION COMPANY, INC., which is also known as CUT CORE DEMOLITION, INC., in the **TOTAL AMOUNT OF $437,917.82**, consisting of the principal sum of $433,340.05 and $4,577.77 in interest through February 23, 2009.

As stipulated by and between TRUST FUNDS and the CORPORATION, the fringe benefit contributions encompassed by this judgment are due for months from March 2002 through June 2008, but the TRUST FUNDS' audit of the CORPORATION was conducted through the month of March 2008 only.  Therefore, this judgment shall not, and does not, have res judicata effect, operate as a bar, or effect any other limitation of any right of the TRUST FUNDS (including CLTF on their behalf) to determine and collect any additional amounts due, or that come due, by the CORPORATION for any period after March 31, 2008, or to take legal action

1  to compel submission of monthly reports and contributions due by the
2  CORPORATION for any period after March 31, 2008.
3
4  DATED:  April 10, 2009     _____
5                              R. GARY KLAUSNER, Judge of the
                                United States District Court for the
6                               Central District of California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~1845092.wpd